*Sidney J. Feltenstein, Irving I. Goldsmith* and *Joseph L. Roesch* for motions.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* of ·counsel), opposed.

Motions denied, with leave to renew on argument of appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB BERNOFF, THOMAS McADAM, MURRAY GABAEFF, EDWARD TAYLOR, ABRAHAM LICHTENSTEIN, CHARLES GREEN, JEREMIAH BUCKLEY, GEORGE BLUME and JOHN MURPHY, Appellants.

Submitted April 3, 1944; decided April 13, 1944.

Motion by appellants Bernoff, McAdam, Green, Blume, Murphy, Gabaeff and Taylor for reargument denied. (See 292 N. Y. 230.)

In the Matter of the Will of MARCUS BRUCKHEIMER, Deceased.

RUTH B. OPPENHEIMER, Appellant; MILTON BRUCKHEIMER et al., . Respondents.

Submitted April 3, 1944; decided April 13, 1944.